ROBERT LOUIS SIMMONS SR
DEBRA ANN SIMMONS
8800 S KILBOURN
HOMETOWN, IL  60456

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 09 B 31565 |
| | CHAPTER 13 |
| ROBERT LOUIS SIMMONS SR | |
| DEBRA ANN SIMMONS | JUDGE JACK B SCHMETTERER |
| DEBTORS | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** CARRINGTON MORTGAGE

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 2 | 4 | 9327 | $456.88 | $456.88 | $456.88 |
| Total Amount Paid by Trustee | | | | | $456.88 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 09-31565-JBS

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 9th day of November, 2015.

Debtor:
ROBERT LOUIS SIMMONS SR
DEBRA ANN SIMMONS
8800 S KILBOURN
HOMETOWN, IL  60456

Attorney:
GERACI LAW LLC
55 E MONROE # 3400
CHICAGO, IL  60603
via Clerk's ECF noticing procedures

Creditor:
CARRINGTON MORTGAGE
PO BOX 3730
ANAHEIM, CA  92806

Creditor:
CARRINGTON MORTGAGE SERVICES
1600 S DOUGLASS RD
ANAHEIM, CA  92806

Mortgage Creditor:
CARRINGTON MORTGAGE SERVICE
% RANDALL S MILLER & ASSOC
120 N LASALLE ST # 1140
CHICAGO, IL  60602

ELECTRONIC SERVICE - United States Trustee


Date:  November 09, 2015

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603

GERACI LAW LLC
55 E MONROE # 3400
CHICAGO, IL  60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                          CASE NO. 09 B 31565
                                                CHAPTER 13
ROBERT LOUIS SIMMONS SR
DEBRA ANN SIMMONS                JUDGE JACK B SCHMETTERER

        DEBTORS                     **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** CARRINGTON MORTGAGE

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 2 | 4 | 9327 | $456.88 | $456.88 | $456.88 |
| Total Amount Paid by Trustee | | | | | $456.88 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit         **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 09-31565-JBS

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 9th day of November, 2015.

Debtor:
ROBERT LOUIS SIMMONS SR
DEBRA ANN SIMMONS
8800 S KILBOURN
HOMETOWN, IL  60456

Attorney:
GERACI LAW LLC
55 E MONROE # 3400
CHICAGO, IL  60603
via Clerk's ECF noticing procedures

Creditor:
CARRINGTON MORTGAGE
PO BOX 3730
ANAHEIM, CA  92806

Creditor:
CARRINGTON MORTGAGE SERVICES
1600 S DOUGLASS RD
ANAHEIM, CA  92806

Mortgage Creditor:
CARRINGTON MORTGAGE SERVICE
% RANDALL S MILLER & ASSOC
120 N LASALLE ST # 1140
CHICAGO, IL  60602

ELECTRONIC SERVICE - United States Trustee

Date:  November 09, 2015

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603

CARRINGTON MORTGAGE
PO BOX 3730
ANAHEIM, CA  92806

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 09 B 31565 |
| | CHAPTER 13 |
| ROBERT LOUIS SIMMONS SR | |
| DEBRA ANN SIMMONS | JUDGE JACK B SCHMETTERER |
| DEBTORS | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  CARRINGTON MORTGAGE

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 2 | 4 | 9327 | $456.88 | $456.88 | $456.88 |
| Total Amount Paid by Trustee | | | | | $456.88 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 09-31565-JBS

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 9th day of November, 2015.

Debtor:
ROBERT LOUIS SIMMONS SR
DEBRA ANN SIMMONS
8800 S KILBOURN
HOMETOWN, IL  60456

Attorney:
GERACI LAW LLC
55 E MONROE # 3400
CHICAGO, IL  60603
via Clerk's ECF noticing procedures

Creditor:
CARRINGTON MORTGAGE
PO BOX 3730
ANAHEIM, CA  92806

Creditor:
CARRINGTON MORTGAGE SERVICES
1600 S DOUGLASS RD
ANAHEIM, CA  92806

Mortgage Creditor:
CARRINGTON MORTGAGE SERVICE
% RANDALL S MILLER & ASSOC
120 N LASALLE ST # 1140
CHICAGO, IL  60602

ELECTRONIC SERVICE - United States Trustee

Date:  November 09, 2015

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603

CARRINGTON MORTGAGE SERVICES
1600 S DOUGLASS RD
ANAHEIM, CA  92806

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 09 B 31565 |
| | CHAPTER 13 |
| ROBERT LOUIS SIMMONS SR | |
| DEBRA ANN SIMMONS | JUDGE JACK B SCHMETTERER |
| DEBTORS | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** CARRINGTON MORTGAGE

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 2 | 4 | 9327 | $456.88 | $456.88 | $456.88 |
| Total Amount Paid by Trustee | | | | | $456.88 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 09-31565-JBS

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 9th day of November, 2015.

Debtor:
ROBERT LOUIS SIMMONS SR
DEBRA ANN SIMMONS
8800 S KILBOURN
HOMETOWN, IL 60456

Attorney:
GERACI LAW LLC
55 E MONROE # 3400
CHICAGO, IL 60603
via Clerk's ECF noticing procedures

Creditor:
CARRINGTON MORTGAGE
PO BOX 3730
ANAHEIM, CA 92806

Creditor:
CARRINGTON MORTGAGE SERVICES
1600 S DOUGLASS RD
ANAHEIM, CA 92806

Mortgage Creditor:
CARRINGTON MORTGAGE SERVICE
% RANDALL S MILLER & ASSOC
120 N LASALLE ST # 1140
CHICAGO, IL 60602

ELECTRONIC SERVICE - United States Trustee

Date: November 09, 2015

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603

CARRINGTON MORTGAGE SERVICE
% RANDALL S MILLER & ASSOC
120 N LASALLE ST # 1140
CHICAGO, IL  60602

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  　　　　　　　　　　　　　　　　CASE NO. 09 B 31565
　　　　　　　　　　　　　　　　　　　　CHAPTER 13
ROBERT LOUIS SIMMONS SR
DEBRA ANN SIMMONS　　　　　　　　　　JUDGE JACK B SCHMETTERER

　　　　DEBTORS　　　　　　　　　　　　**NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** CARRINGTON MORTGAGE

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 2 | 4 | 9327 | $456.88 | $456.88 | $456.88 |
| Total Amount Paid by Trustee | | | | | $456.88 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit       **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 09-31565-JBS

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 9th day of November, 2015.

Debtor:
ROBERT LOUIS SIMMONS SR
DEBRA ANN SIMMONS
8800 S KILBOURN
HOMETOWN, IL 60456

Attorney:
GERACI LAW LLC
55 E MONROE # 3400
CHICAGO, IL 60603
via Clerk's ECF noticing procedures

Creditor:
CARRINGTON MORTGAGE
PO BOX 3730
ANAHEIM, CA 92806

Creditor:
CARRINGTON MORTGAGE SERVICES
1600 S DOUGLASS RD
ANAHEIM, CA 92806

Mortgage Creditor:
CARRINGTON MORTGAGE SERVICE
% RANDALL S MILLER & ASSOC
120 N LASALLE ST # 1140
CHICAGO, IL 60602

ELECTRONIC SERVICE - United States Trustee

Date: November 09, 2015

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603